McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE
Assistant U.S. Attorney
4401 Federal Building
2500 TULARE STREET
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06MJ00058 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION AND ORDER FOR DISMISSAL |
| v. | ) | OF COMPLAINT |
| | ) | |
| QUENTIN JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the Complaint for Unlawful Flight to Avoid Prosecution herein against Quentin Jackson, in that defendant has been apprehended.

DATED: April 7, 2006               Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                                   By /s/ DAWRENCE W. RICE
                                   _____
                                   Assistant U.S. Attorney

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed and that the warrant issued be recalled on 1:06mj00058 DLB only.

IT IS SO ORDERED.

**Dated:   April 11, 2006**               **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE

1